now wife of the s<sup>d</sup> Cleare per her GrandFather the late Rev<sup>d</sup> m<sup>r</sup> W<sup>m</sup> Coleborn dec<sup>d</sup> greatly to the damage of the s<sup>d</sup> Cleare with all other due damages according to attachm<sup>t</sup> Dat<sup>d</sup> 19º 2<sup>mo</sup> 1676. . . . The Jury . . . founde for the Defend<sup>t</sup> costs of Court.

### HALGESON ag<sup>t</sup> PAINE

Jngeman Halgeson plaint. ag<sup>t</sup> Moses Paine Senio<sup>r</sup> Defend<sup>t</sup> according to attachm<sup>t</sup> dat. 19º 2<sup>mo</sup> 1676. The plaint. withdrew his accion.

### FOGG ag<sup>t</sup> LEVERETT

Ezekiel Fogg plaint. ag<sup>t</sup> Hudson Leverett Defend<sup>t</sup> in an action of defamation for slandering & defaming the name of the s<sup>d</sup> Fogg, by wrongfully & unjustly chargeing him the saide Fogg to bee a traytor to the Country & that hee would clap the s<sup>d</sup> Fogg a close prison<sup>r</sup> with many other threatning words & Language to the great defamation of the s<sup>d</sup> Fogg as will appeare by sufficient evidence & is in the valuation of credit & Forreign repute to the plaint<sup>s</sup> damage Five hundred pounds as aboue s<sup>d</sup> w<sup>th</sup> all other due damages according to attachm<sup>t</sup> dat. April: 7º 1676. . . . The Jury . . . founde for the Defend<sup>t</sup> costs of Court being twelve Shillings & two pence.

Execucion issued May: 17º 1676.

### ROGERS ag<sup>t</sup> ROWSTE

Rich<sup>d</sup> Rogers plaint. ag<sup>t</sup> William Rowste goldSmith Defend<sup>t</sup> in an action of debt of Four pounds in mony due to the s<sup>d</sup> Rogers for two ounces & three quarters of bad gold sold & deliu<sup>rd</sup> by the afores<sup>d</sup> Rogers unto the aboues<sup>d</sup> Rowste in & upon the .14th day of this instant month of April; w<sup>ch</sup> is to [ 372 ] the plaint<sup>s</sup> damage Four pounds in mony w<sup>th</sup> all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> April. 15th 1676. . . . The Jury . . . founde for the plaint. Fifty Shillings in mony according to Agreement & costs of Court being Eighteen Shillings ten pence.

Execucion issued April. 28º 1676.

### CLARKE ag<sup>t</sup> HANDS

Thomas Clarke Esq<sup>r</sup> plaint. ag<sup>t</sup> the goods of John Hands Exec<sup>r</sup> unto Marke Hands, now in the hands of m<sup>r</sup> Thomas Brattle & Peter Bracket guardians unto the s<sup>d</sup> Jn<sup>o</sup> Hands Defend<sup>t</sup> according to attachm<sup>t</sup> dat<sup>d</sup> 17º 2<sup>d</sup> 1676. The plaint. withdrew his accion.